US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Gilbert Roman Pro Se
    Plaintiff,   Case no. 8:24 cv 713 wfj- n sg

V.

Convergint Technologies llc
    Defendants.

## COMPLAINT AND REQUEST FOR PRELIMINARY INJUNCTION

I. The Parties to this Complaint
   A. Plaintiff,
     Gilbert Roman
     950 Woodlark dr
     Haines City, Fl. 33844
     516-458-9105
     groman2009@yahoo.com

   B. Defendants,
     Convergint Technologies llc
     One Commerce dr
     Schaumburg, IL 60173

II. Basis For Jurisdiction
  X Federal Question   X Diversity of Citizenship

   A. Under 28 USC sec. 1331; Under USC 28 sec. 1332;
     Rule 65 Federal Rule Civil Procedures; Defamation of Character /
     Slander; Personal Injury; Conspiracy; Conspiracy to defraud.
     1.
   B. The Plaintiff Gilbert Roman, is a citizen of the State of Florida.
     2. The Defendant Convergint Technologies llc is incorporated
     Under the laws of the State of ILLinois and has its principal
     Place of business in the State of ILLinois.
     3. The amount in controversy- the amount the plaintiff claims the
     Defendants owes or at stake is more than 75,000, not counting
     Interest and cost of court. Lost wages, life changing injury,

1

Defamation of character, punitive and compensatory damages as
The court or jury sees fit.

III   Statement of Claim

a. Liability will be proven and or supported upon Court Preliminary Injunction and defendants response in this cause. Plaintiff was incharge of fire sprinkler inspections and repairs at Orlando International Airport from about Sept. 2021- Oct. 2023 for Defendant

b. On or near Oct. 9, 2023 Plaintiff went to meet co-workers Billy Lauriano, Mike Wells, Van Wesley Winkle at C terminal. To assign work that needed to be done.

c. Plaintiff upon walking towards 3 co-workers told Mr Winkle he could trip 3 dry systems close by.

d. Co-worker Mr Winkle started saying you do not tell me what to do And started cursing at Plaintiff and challenging Plaintiff to fight 3-4 times. Mr Winkle made a fist to fight also.

e. Plaintiff pointed his finger at Mr Winkle and said do not curse at me. Plaintiff Still walking towards Mr Winkle to meet him; Plaintiff after hearing the 3 rd or 4th request to fight said any day after work.

f. Plaintiff called office manager Kelly Malloy to report Mr. Winkle.

g. Co-worker Billy Lauriano gave similar statement of events as Plaintiff; Plaintiff lawyer Dave Scher of Hoyer law group was told similar story as Plaintiff and Co-worker Billy Lauriano

h. Defendant general counsel Stephanie Quest was told same story as Plaintiff and Billy Lauriano

i. Defendant general counsel offered 5,000 to settle issue, Plaintiff denied upon review of stipulations.

j. On or Near Oct. 15, 2023 Plaintiff was called into Convergint office in Orlando. Convergint office manager Kelly Malloy said that Plaintiff cursed at co-worker Mr Winkle and challenged him to fight while cursing at him several times. Plaintiff never cursed. Plaintiff was fired that day. Plaintiff stated I look forward to prove you wrong To Defendant office manager Kelly Malloy.

k. Plaintiff was injured with a different company (life changing injury) After being fired by Defendant.
   this injury would not of happened; if it was not for the lies told about Plaintiff by Co-worker(s). Exhibits  _A1_  -  _A2_
   prima facie evidence of injury. Garces , Grabler, LeBrouq law firm

2

will Have further details of injury; if this case continues.

IV. a. Defamation of Character

Plaintiff has suffered Defamation of Character from the lies Told by Defendants workers about Plaintiff. Plaintiff Lost his job and position at Convergint - Orlando International Airport because of these lies. Co worker Van Wesley Winkle was fired for stealing time from Another contract. Questioning his character and statement Of events. III (a-J) Shortly after Plaintiff was wrongfully fired. Personal Injury. Exhibits B1 - B2 show further Attempts to settle.

    b. Personal Injury

Plaintiff received a life changing injury. An injury that would not Have happened; if it was not for the lies told of the events on Or near Oct. 9, 2023

    c. Conspiracy - Conspiracy to defraud

Defendant workers conspired to lie about Plaintiff. A Conspiracy- Conspiracy to defraud Plaintiff of his job at Orlando International Airport and wages/ future at Convergint Orlando office

V. Relief - Plaintiff humbly request this Court to Order the following to prepare for trial or proper settlement.

  a. The statement given by Co-worker Billy Lauriano; to Defendant general counsel Stephanie Quest, Dave Scher of the Hoyer group. About what Really happened on or near Oct. 9, 2023. To Plaintiff

b. The statement given by Van Wesley Winkle and Mike Wells of the Events On or near Oct, 9, 2023; about Plaintiff. (III a-j)

c. The mailing address and any contact information for Defendants Ex workers. Andy Williams ex office manager , Jeff Lowry ex Sprinkler supervisor, Tara Stevens ex manager. Van Wesley Winkle Ex worker, Mike Wells still working at Convergint. These individuals Have information of all the events leading to this cause.

d. The reasons why Andy Williams, Jeff Lowry, Tara Stevens Left Defendant employment. Reason being poor management Is trying to cover up poor management and use Plaintiff as scapegoat.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best Of my knowledge, information, and belief that this complaint: (1) is not being present For an improper purpose, such as to haras, cause unnecessary delay, or needlessly Increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for existing, modifying, or reversing existing law; (3) the factual contentions Have evidentiary support after a reasonable opportunity for further investigation or Discovery; and (4) the complaint otherwise complies with Rule requirements of Rule 11.

    a. For Parties Without an Attorney

       I agree to provide the Clerks office with any changes to my address where Case related papers may be served. I Understand that my failure to keep a Current address on File with the Clerks office may result in the dismissal Of my case.

**Date:** 3-17-24

**Signature of Plaintiff** *[signature]*

**Printed Name of Plaintiff** Gilbert Roman