

# A.T. RADIOLOGY
### Advance Technological Radiology, P.A.

P.O. Box 2159
Haines City, FL 33845-2159
P: 863/419-8832
F: 863/421-9622
www.atradiology.cc

| | | |
|---|---|---|
| **NAME:** | ROMAN, GILBERT | GAETANO, JEAN NP |
| **MRN:** | RAM1568091 | 141 N 6TH ST |
| **ACCESSION:** | RAM2497052 | |
| **DOB:** | 16-Dec-1963 | HAINES CITY, FL 33844 |
| **AGE:** | 60 years | |
| **PHONE:** | (516)458-9105 | PHONE  (863)353-1538 |
| **EXAM DATE:** | 05-Feb-2024 03:18:31 PM | FAX  (863)438-6624 |
| | | cc: |
| | | cc: |
| **LOCATION:** | DAVENPORT | |

**EXAM: MRI CERVICAL SPINE W/O CONTRAST**

**HISTORY:** Posterior occipital head pain. Posterior neck pain onset post trauma 2 frontal head whiplash with object December 13, 2023. No surgery.

**COMPARISON:** None available.

**TECHNIQUE:** Multiplanar, multisequential MRI.

**INTERPRETATION:** Upper cervical dextroscoliosis with cervical thoracic levoscoliosis.

Vertebrae have normal height and marrow signal with reversal of the upper cervical lordosis.

C2-3: The canal and neural foramina are well maintained.

C3-4: The canal and neural foramina are well maintained.

C4-5: The canal and neural foramina are well maintained.

C5-6: Loss of disc height and hydration with posterior listhesis estimated at 5 mm. Extruded disc herniation extends across the disc space both superiorly and inferiorly over 1 cm in sagittal image 6. Neural foramina are narrowed bilaterally. Anterior disc bulging and spondylosis displaces prevertebral soft tissues.

C6-7: Disc bulge impresses upon the thecal sac. Neural foramina are patent.

C7-T1: The canal and neural foramina are well maintained.

Cord signal, posterior fossa structures and paraspinal tissues appear unremarkable. .

**IMPRESSION:** C5-6: Loss of disc height and hydration with posterior listhesis estimated at 5 mm. Extruded disc herniation extends across the disc space both superiorly and

*Exhibit A1*



# A.T. RADIOLOGY
## Advance Technological Radiology, P.A.

P.O. Box 2159
Haines City, FL 33845-2159
P: 863/419-8832
F: 863/421-9622
www.atradiology.cc

**NAME:** ROMAN, GILBERT
**MRN:** RAM1568091
**ACCESSION:** RAM2497052
**DOB:** 16-Dec-1963
**AGE:** 60 years
**PHONE:** (516)458-9105
**EXAM DATE:** 05-Feb-2024 03:18:31 PM

**LOCATION:** DAVENPORT

GAETANO, JEAN NP
141 N 6TH ST

HAINES CITY, FL 33844

PHONE   (863)353-1538
FAX   (863)438-6624
cc:
cc:

inferiorly over 1 cm in sagittal image 6. Neural foramina are narrowed bilaterally. Anterior disc bulging and spondylosis displaces prevertebral soft tissues.

C6-7: Disc bulge impresses upon the thecal sac. Neural foramina are patent.

Thank you for referring this patient.

Electronically Signed by TIMKEN, MARK MD at 06-Feb-2024 01:52:02 PM   Anthony Rosa MD



**A.T. RADIOLOGY**

Advance Technological Radiology, P.A.

P.O. Box 2159
Haines City, FL 33845-2159
P: 863/419-8832
F: 863/421-9622
www.atradiology.cc

| | | |
|---|---|---|
| **NAME:** | **ROMAN, GILBERT** | **GAETANO, JEAN NP** |
| **MRN:** | **RAM1568091** | **141 N 6TH ST** |
| **ACCESSION:** | **RAM2497053** | |
| **DOB:** | **16-Dec-1963** | **HAINES CITY, FL 33844** |
| **AGE:** | **60 years** | |
| **PHONE:** | **(516)458-9105** | **PHONE  (863)353-1538** |
| **EXAM DATE:** | **05-Feb-2024 03:15:00 PM** | **FAX  (863)438-6624** |
| | | **cc:** |
| | | **cc:** |
| **LOCATION:** | **DAVENPORT** | |

**EXAM: MRI LUMBAR SPINE W/O CONTRAST**

**HISTORY:** Low-back pain onset post trauma to frontal head whiplash with object December 13, 2023. No surgery..

**COMPARISON:** Exam and report 06/23/2023

**TECHNIQUE:** Multiplanar, multisequential MRI.

**INTERPRETATION:** Lumbar vertebrae demonstrate normal height and marrow signal unchanged.

L1-2: Loss of disc height and hydration with disc bulge impressing upon thecal sac unchanged.

L2-3: The canal and neural foramina are well maintained. Unchanged.

L3-4: Disc bulge impresses upon anterior thecal sac. No significant stenosis. Neural foramina are narrowed bilaterally. Unchanged..

L4-5: Slight anterolisthesis with loss of disc hydration. Hypertrophy of the facets and ligamentum flavum produces mild central stenosis with mild bilateral neural foramen stenosis unchanged.

L5-S1: Disc bulge effaces ventral epidural fat. Neural foramina are narrowed bilaterally.

Conus medullaris and paraspinal tissues appear unremarkable.

**IMPRESSION:** L1-2: Loss of disc height and hydration with disc bulge impressing upon thecal sac unchanged.

L3-4: Disc bulge impresses upon anterior thecal sac. No significant stenosis. Neural foramina are narrowed bilaterally. Unchanged..

Exhibit A2



# A.T. RADIOLOGY
### Advance Technological Radiology, P.A.

P.O. Box 2159
Haines City, FL 33845-2159
P: 863/419-8832
F: 863/421-9622
www.atradiology.cc

| | | |
|---|---|---|
| **NAME:** | **ROMAN, GILBERT** | **GAETANO, JEAN NP** |
| **MRN:** | **RAM1568091** | **141 N 6TH ST** |
| **ACCESSION:** | **RAM2497053** | |
| **DOB:** | **16-Dec-1963** | **HAINES CITY, FL 33844** |
| **AGE:** | **60 years** | |
| **PHONE:** | **(516)458-9105** | **PHONE  (863)353-1538** |
| **EXAM DATE:** | **05-Feb-2024 03:15:00 PM** | **FAX  (863)438-6624** |
| | | **cc:** |
| | | **cc:** |
| **LOCATION:** | **DAVENPORT** | |

L4-5: Slight anterolisthesis with loss of disc hydration. Hypertrophy of the facets and ligamentum flavum produces mild central stenosis with mild bilateral neural foramen stenosis, unchanged.

L5-S1: Disc bulge effaces ventral epidural fat. Neural foramina are narrowed bilaterally. Unchanged.

Thank you for referring this patient.

---

Electronically Signed by TIMKEN, MARK MD at 06-Feb-2024 01:55:25 PM    Anthony Rosa MD

3/17/24, 6:11 PM    (55 unread) - groman2009@yahoo.com - Yahoo Mail

HOME    MAIL    NEWS    FINANCE    SPORTS    ENTERTAINMENT    LIFE    SEARCH    SHOPPING    YAHOO PLUS    Mc  Upgrade Now



**Gilbert Roman wrongful termination**  3    Yahoo/Sent  ☆

Compose | Back | Archive | Move | Delete | Spam   17

**Gilbert Roman**    Tue, Jan 30 at 10:04 AM  ☆
From:
groman2009@yahoo.com
To: Stephanie Quist,
jeff.holland@convergint.com

Hello; last time I will bother you before filing my cases; defamation of
character 1st case. Is it ethical to offer
Van Wesley Wehde 25% of all monetary funds recovered from
convergint? To tell the truth and sign a statement? That it was all a lie;
The things said about me; To terminate me.
Or should I ask the judge first in the
Federal Injunction? I will be filing for the release of the false statements
made against me; with the request for individuals addresses involved. I
will be suing them independently.
Thought I give one last chance before legal proceedings. At the very least
you and all who hear about this; will know the truth about this matter.
Gilbert Roman

Sent from Yahoo Mail for iPhone

**Stephanie Quist**  Dear Mr. Roman, I ar   Tue, Jan 30 at 11:01 AM  ☆

**Gilbert Roman**    Tue, Jan 30 at 1:21 PM  ☆
From: groman2009@yahoo.com
To: Stephanie Quist,  Jeff Holland

No attempt to bribe; just the truth to be told. A judge or jury should
decide. I will be asking a Federal judge in paperwork soon. If anybody
bother to call Heather and Eric from airport operations we would of never
made it this far. And ask why Tara Stevens was removed from the airport
account. We would not be in this situation.
Gilbert Roman

Sent from Yahoo Mail for iPhone

> Show original message

**Reply, Reply All or Forward**

*Exhibit B1*



HOME    MAIL    NEWS    FINANCE    SPORTS    ENTERTAINMENT    LIFE    SEARCH    SHOPPING    YAHOO PLUS    Mo    Upgrade Now

Stephanie Quist    Add keywords    Advanced ⌄    Home

Compose    Back    Archive    Move    Delete    Spam    17

groman2009...    55
fliesnomore2021    111

**Orlando International Airport**  3    Yahoo/Sent  ☆

Inbox    45
Unread
Starred    Gilbert Roman    Hello: I can get Conven    Mon, Jan 15 at 4:28 AM  ☆
Drafts    117
Sent    Stephanie Quist    Dear Mr. Roman: Tha    Mon, Jan 15 at 4:20 PM  ☆
Archive
Spam    **Gilbert Roman**    Mon, Jan 15 at 5:17 PM  ☆
Trash    From: groman2009@yahoo.com
  Less    To: Stephanie Quist

Views    Hide    **Hello: Sorry to hear that. Lies will not stand in front of a jury. But that is**
  Photos    **your decision. Hope no one put Wesley up to lie. And it was solely his**
  Documents    **decision to lie about those events. I will contact Wesley.**
  Emails to myself    **Gilbert Roman**
  Subscriptions
  Recents    Sent from Yahoo Mail for iPhone
  Credits
  Travel    ⌄  Show original message

Folders    Hide    ← ↩ → ⋯
  New Folder
  Bulk Mail    111
  Drafts    **Reply, Reply All or Forward**
  Notes
  Outbox
  Unwanted

*Exhibit B2*